PS 8
(3/15)

Case 2:15-cr-00066-TOR   Document 22   Filed 09/03/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 03, 2015

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Cornell, David Allen | Docket No. | 0980 2:15CR00066-001 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Stephanie Cherney, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant David Allen Cornell, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Spokane, Washington, on the 10 day of July 2015 under the following conditions:

**Condition #1.:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: The defendant received a citation by Spokane County Sheriff's Office for Reckless Driving on August 28, 2015.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: September 3, 2015

by   s/Stephanie Cherney

Stephanie Cherney
U.S. Pretrial Services Officer

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

09/03/2015
Date