PS 8
(3/15)

Case 2:15-cr-00066-TOR   Document 34   Filed 12/18/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2015

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Cornell, David Allen | Docket No. | 2:15CR00066-TOR-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant David Allen Cornell, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton, sitting in the Court at Spokane, Washington, on the 10th day of July 2015, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of Federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Special Condition #17:** Defendant shall undergo a substance abuse evaluation as directed by a U.S. Probation Officer. Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment. If Defendant fails in any way to comply or cooperate with the requirements and rules of a treatment program, Pretrial Services shall notify the Court and U.S. Marshal, who will be directed to immediately arrest the Defendant.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant was cited for third degree driving while license suspended; failure to renew registration greater than 2 months; and operating a motor vehicle without insurance, on October 27, 2015.

**Violation #2:** The defendant was cited for operating motor vehicle without insurance; failure to renew expired registration greater than 2 months; and display or possess cancelled license, on October 29, 2015.

**Violation #3:** The defendant is considered to be non compliant with substance abuse treatment expectations due to attendance issues and "huffing" compressed air (inhaling to attain a euphoric effect).

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|   |   |   |
|---|---|---|
|   |   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on: | December 18, 2015 |
| by | s/Erik Carlson |   |
|   | Erik Carlson<br>U.S. Pretrial Services Officer |   |

Re: Cornell, David Allen
December 18, 2015
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

December 18, 2015
_____
Date